UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Survivor Productions, Inc.

                           Plaintiff,

v.                                                   Case No.: 1:15–cv–09851
                                                  Honorable John Z. Lee

Does 1–30

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 17, 2015:

      MINUTE entry before the Honorable John Z. Lee: Status and motion hearing held on 12/17/15. For the reasons stated on the record, this case is dismissed as to Defendant Does 2 through 30. Plaintiff's motion for leave to take discovery prior to Rule 26(f) conference [8] is granted as to Defendant Doe #1. The information requested in the subpoena shall be limited to: name, address, telephone number, email address and Media Access Control number (the "Information"). Once produced, the Information shall be maintained as confidential by Plaintiff and Plaintiff's counsel for a period of not less than 60 days. Additionally, once the Information is produced, Plaintiff's counsel is directed to provide the person(s) identified by the Information with a copy of this order via overnight delivery within two business days of its production. The person(s) so identified shall be given leave to file an objection to the public disclosure of the Information within 30 days of the receipt of this order. Status hearing set for 3/16/16 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.